**STATEMENT OF OFFENSE**

I, Matthew S. Hopkins, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosive ("ATF"), Washington Field Division, Washington, D.C. (hereinafter Affiant"), being duly sworn, deposes and states as follows:

**INTRODUCTION**

1. Your Affiant has been a Special Agent with the ATF since January 2016 and is an investigative law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code, and is empowered by law to conduct investigations and to make arrests for the offenses enumerated in Section 2516 of Title 18, United States Code.

2. Your Affiant has received training and experience in interviewing and interrogation techniques, surveillance techniques, arrest procedures, search and seizure, and asset forfeiture, and in gang, organized crime, money laundering, and drug investigations, including the possession with intent to distribute and distribution of controlled substances, and conspiracies and offenses associated with the foregoing criminal offenses which are prohibited by Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, and Title 18, United States Code, Sections 922 and 924, 1956 and 1957. Your Affiant's training includes successful completion of the Criminal Investigator Training Program (CITP), instructed by the Federal Law Enforcement Training Center (FLETC), and the Special Agent Basic Training, instructed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives National Academy, also located at FLETC, Glynco, Georgia.

3. Additionally, your Affiant was a sworn Police Officer, with the United States Park Police (USPP), Washington, D.C., from May 2010 until January 2016. Your Affiant successfully completed the Uniformed Police Training Program (UPTP), instructed by FLETC staff, and Agency Specific Basic (ASB) training program for the United States Park Police.

4.      Your Affiant has successfully completed numerous training programs hosted by ATF, the Federal Law Enforcement Training Center, and other local/state/federal law enforcement agencies and organizations.  Your Affiant has received specialized training in the investigation of state and federal crimes involving the trafficking of firearms and controlled substances.  This includes training on the exploitation of data stored on cellular devices for the purpose of criminal investigations.  I have participated in numerous drug and firearm trafficking investigations that resulted in the arrest of numerous subjects, the seizure of property and assets, and the seizure of controlled substances and firearms

5.      This affidavit is based upon information witnessed by your affiant, or provided to me by other law enforcement officers/agents, other law enforcement investigators, government specialists and witnesses.  Because this affidavit is being submitted for the limited purpose of securing a Criminal Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts which I believe are necessary to establish probable cause for the issuance of a Criminal Complaint and Arrest Warrant.

## **PROBABLE CAUSE**

6.      On August 24, 2018, at approximately 6:02 a.m., law enforcement executed a search warrant at the apartment of RICARDO YATES, located at XXX XXXXXX Avenue, XX., Washington, D.C.[1]

7.      At the time that law enforcement entered the apartment, three individuals were present in the apartment: YATES, YATES's mother, and a female overnight guest.  YATES and YATES's mother were found in the living room and the female overnight guest was found in the

---

[1] On April 7, 2017, RICARDO YATES was administratively booked in to the District of Columbia Central Cell Block for Attempted Distribution of a Controlled Substance.  At the time of YATES's booking, he listed his address as 1901 Constitution Avenue Northeast, Apartment 2, Washington, D.C. 20002.

rear bedroom. Law enforcement located numerous items inside the apartment, including, but not limited to:

- High Standard Sentinel Deluxe .22 caliber revolver, loaded with four rounds of .22 caliber ammunition;

- an AR-style rifle with no make or model, that appears to be assembled from an "80 percent" lower receiver, loaded with a magazine containing 29 rounds of .223 ammunition;

- two grocery style bags, one inside the other, containing a white powdery substance that appears to be compressed and packaged within several layers of plastic packaging (consistent with vacuum sealing or heat sealing technology). The white powdery substance weighed approximately 345.2 grams with packaging and field-tested positive for the presence of cocaine hydrochloride;

- a black duffle bag containing a blue backpack and several plastic bags that contain a green weed substance with a strong odor consistent with marijuana. A portion of the green weed substance field-tested positive for marijuana.

8.   The High Standard Sentinel Deluxe .22 caliber revolver was located on the top corner of a plastic dresser in a rear bedroom, and the AR-style rifle was located on the floor in this same room. Law enforcement officers located a photo identification of YATES on top drawer of a second dresser in that same rear bedroom. Moreover, law enforcement officers observed mail matter in YATES's name in this same rear bedroom. In addition, law enforcement officers observed clothing throughout this bedroom, which appeared to be seized appropriately for YATES. Lastly, law enforcement officers located the purse of the female overnight guest inside this rear bedroom; inside law enforcement located a police citation that listed an address in Virginia for the female overnight guest. An identification card for YATES's mother was found on the

nightstand of a separate, second bedroom. In addition, law enforcement observed female clothing, hats, purses, and high-heeled shoes inside the second bedroom.

9. Your affiant is aware that YATES has previously been convicted of at least one offense for which the maximum sentence is greater than one year of incarceration. Specifically, YATES has a prior conviction for Attempted Distribution of a Controlled Substance (2016 CF2 11511, Superior Court for the District of Columbia).

10. Law enforcement officers placed the defendant under arrest based on probable cause that the defendant illegally possessed a firearm, in violation of Title 18, United States Code, Section 922(g).

11. Based on the information contained in this Affidavit, your affiant submits that there is probable cause to believe that RICARDO YATES, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the District of Columbia, Case Number 2016 CF2 11511, did unlawfully and knowingly receive and possess a firearm, that is a High Standard Sentinel Deluxe .22 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, that is .22 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Matthew S. Hopkins, Special Agent
Bureau of Alcohol, Firearms, Tobacco,
and Explosives

Sworn to and subscribed before me
this \_\_\_\_\_ day of August, 2018.

_____
The Honorable G. Michael Harvey
Magistrate Judge for the District of Columbia